

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KTF:BT
F. #2024R00832

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 23, 2025

<u>By E-mail and ECF</u>

Jullian Harris-Calvin, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

Re:    United States v. Dewitt John
       <u>Criminal Docket No. 24-492 (NRM)</u>

Dear Ms. Harris-Calvin:

Enclosed please find the government's initial production of discovery under Rule 16 of the Federal Rules of Criminal Procedure. Please note that some of this material is considered "sensitive" discovery material ("Sensitive Material") as defined in the January 21, 2025 Protective Order. <u>See</u> 24-CR-492 (NRM), ECF No. 16. In accordance with that order, PDF files containing Sensitive Material have been marked as "SENSITIVE" on each page and in the filename, and non-PDF files have been marked as "SENSITIVE" in the filename. The government also requests reciprocal discovery from the defendant.

I.    <u>The Government's Discovery</u>

A.  <u>Statements of the Defendant</u>

Please find enclosed the following materials:

- An interview memorandum prepared by the Federal Bureau of Investigation ("FBI 302") summarizing the defendant's statements to law enforcement before his arrest on November 19, 2024, which is Bates-numbered JD000001-JD000004, and an audio recording of the same, which is Bates-numbered JD000005.

B.  <u>Defendant's Prior Criminal Record</u>

Please find enclosed the following materials:

- The defendant's E-Justice Report, which is Bates-numbered D000006-JD000008

- Correspondence with Swedish authorities relating to the defendant's criminal conviction in Sweden, which is Bates-numbered JD000009-JD000013.

C. <u>Documents and Tangible Objects</u>

Please find enclosed the following additional materials:

- Records of the defendant's iMessage communications with Jane Doe #1, which are Bates-numbered JD000014-JD000103.

- Records of the defendant's Instagram communications with Jane Doe #1, which are Bates-numbered JD000104-JD000158.

- Relevant excerpts from the above Instagram and iMessage communications with Jane Doe #1, which are Bates-numbered JD000159-JD000168.

- Records of the defendant's Instagram communications with Jane Doe #2, which are Bates-numbered JD000524-JD000582.

- Relevant excerpts of the above Instagram communications with Jane Doe #2, which are Bates-numbered JD000169-JD000179.

- Records of statements by the defendant concerning the conduct underlying his outstanding arrest warrants in Virginia, which are Bates-numbered JD000180-JD000195.

- Records of statements by the defendant concerning this matter, sent via text message to his friends, which are Bates-numbered JD000196-JD000200 and JD000583-JD000619.

- Relevant excerpts of the defendant's communications with Jane Doe #1, Jane Doe #2, and other potential victims, which were obtained from the defendant's green iPhone (see seized Item 1B7 below).  These records are Bates-numbered JD000620-JD000954.

### *Subpoena Returns*

- Records responsive to a subpoena issued to Apple Inc., which are Bates-numbered JD000201-JD000205.

- Records responsive to a subpoena issued to Block, Inc., which are Bates-numbered JD000206-JD000294.

- Records responsive to a subpoena issued to Dropbox, Inc., which are Bates-numbered JD000295-JD000301.

- Records responsive to a subpoena issued to Google LLC, which are Bates-numbered JD000302- JD000305.

- Records responsive to a subpoena issued to Meta Platforms, Inc., which are Bates-numbered JD000306- JD000307.

- Records responsive to a subpoena issued to Microsoft Corporation, which are Bates-numbered JD000308- JD000327.

- Records responsive to a subpoena issued to PayPal Inc., which are Bates-numbered JD000328- JD000329.

- Records responsive to a subpoena issued to Snap Inc., which are Bates-numbered JD000330.

- Records responsive to a subpoena issued to T-Mobile US, Inc., which are Bates-numbered JD000331-JD000365.

- Records responsive to a subpoena issued to Verizon, which are Bates-numbered JD000366.

### *Search Warrant Applications*

- A search warrant application and related search warrant for certain of the defendant's Instagram and Apple accounts, which are Bates-numbered JD000367-JD000415.

- A search warrant application and related search warrant for the defendant's residence and person, which are Bates-numbered JD000416-JD000523

You may examine any physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

Additionally, you will note that certain of the above records have been redacted to remove Child Sexual Abuse Material ("CSAM"). You may arrange with Special Agent Audra Hampsch to review the complete, unredacted discovery materials referenced above, including the complete search warrant returns and all relevant communications and images, in a secure location at the FBI.

You may also coordinate with Special Agent Hampsch to review the following devices that were seized from the defendant's residence on November 19, 2024, which are still under law enforcement review:

- Item 1B6: iPhone in black Otterbox case
- Item 1B7: iPhone in green Otterbox case
- Item 1B8: TUF Gaming white desktop computer with "be quiet" logo
- Item 1B9: Unbranded white desktop computer
- Item 1B10: iPhone in unbranded black rubber case
- Item 1B11: Lenovo Legion 5 Pro laptop
- Item 1B12: Non-Volatile Memory Express ("NVMe") Solid-State Drive ("SSD"), 256GB
- Item 1B13: Mini gray desktop computer, unbranded

### D.  Reports of Examinations and Tests

The government will provide you with copies of any additional reports of examinations or tests in this case as they become available.

### E.  Expert Witnesses

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion.

The identity, qualifications, and bases for the conclusions of each expert will be provided to you when they become available.

### F.  Brady Material

The government is not aware of any exculpatory material regarding the defendant at this time. The government understands and will comply with its continuing obligation to produce exculpatory material as defined by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. The government notes, out of an abundance of caution, that it has identified instances where the defendant has denied his involvement in relevant conduct, including in his recorded statements to law enforcement, which are available at Bates numbers JD000001-JD000005.

Before trial, the government will furnish materials discoverable pursuant to Title 18, United States Code, Section 3500, as well as impeachment materials. See Giglio v. United States, 405 U.S. 150 (1972).

### G.  Other Crimes, Wrongs or Acts

The government will provide the defendant with reasonable notice in advance of trial if it intends to offer any material under Fed. R. Evid. 404(b).

## II.    The Defendant's Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.  The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify.  See Fed. R. Crim. P. 26.2.  In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.  The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby demands written notice of the defendant's intention, if any, to claim a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses upon whom the defendant intends to rely in establishing the defense identified in any such notice.

## IV.    Future Discussions

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office.  In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of

the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in <u>Lafler v. Cooper</u>, 132 S. Ct. 1376 (2012), and <u>Missouri v. Frye</u>, 132 S. Ct. 1399 (2012).

Very truly yours,

JOHN J. DURHAM
United States Attorney

By:    /s/ Brooke Theodora
       Brooke Theodora
       Assistant U.S. Attorney
       (718) 254-6342

Enclosures

cc:    Clerk of the Court (NRM) (by ECF) (without enclosures)