UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

UNITED STATES OF AMERICA

       - against -                                      ORDER

Dewitt John,

                                                      24 CR 492 (NRM)
                   Defendant.

- -------------------------------------------------------------x

       WHEREAS the defendant in the above-captioned case, Dewitt John, made an application to proceed *pro se* in his pending criminal case;

       WHEREAS a hearing was held pursuant to *Faretta v. California*, 422 U.S. 806 (1975), on August 19, 2025, and continued on October 8, 2025;

       WHEREAS the Court held its *Faretta* ruling in abeyance pending the outcome of a psychiatric evaluation;

       WHEREAS the Court directed the parties to identify an appropriate means of evaluation and proposed order;

       WHEREAS the parties have submitted the curriculum vitae of Dr. _____ for the Court's review; it is hereby

       **ORDERED** that a psychiatric examination be conducted by Dr. _____ of Mr. John at MDC Brooklyn, and that a report of such examination, including Dr. _____'s opinion as to whether Mr. John has "the capacity to make an intelligent choice," *United States v. Torres*, 140 F.3d 392, 401 (2d Cir. 1998), and is "competent to represent himself at trial," *United States v. Barnes*, 693 F.3d 261, 270 (2d. Cir. 2012);

       **ORDERED** that the Court will pay the cost of the evaluation (at a rate of $____/hour, not to exceed ___ hours); and it is further

       **ORDERED** that the Bureau of Prisons and MDC Brooklyn will permit Dr. _____ to conduct an evaluation either in person or remotely with Mr. John (Reg. No. 47424-511), and during the examination Dr. _____ is permitted to bring and/or use the tools of the examination, including but not limited to a stopwatch, notepad, blank paper, pencils, pen, paper, books and tests.

**SO ORDERED**:

_____

The Honorable Nina R. Morrison
United States District Judge

DATED:      October ____, 2025