KTF:BET/SAE
F. #2024R00832

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
E.D.N.Y.
*MARCH 23, 2026*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DEWITT JOHN,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**S U P E R S E D I N G
I N D I C T M E N T**

Cr. No. <u>24-cr-492 (S-1) (DC)</u>
(T. 18, U.S.C., §§ 2251(a), 2251(e),
2252(a)(4)(B), 2252(b)(2), 2253(a),
2253(b), 2 and 3551 <u>et seq</u>.; T. 21,
U.S.C., § 853(p))

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Sexual Exploitation of a Child – Jane Doe #1)

1.     In or about and between March 2024 and April 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DEWITT JOHN, together with others, did employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe #1, an individual whose identity is known to the Grand Jury, to engage in sexually explicit conduct, and knowingly and intentionally attempt to do so, for the purpose of producing one or more visual depictions of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and which would be in and affecting interstate and foreign commerce, which visual depictions were produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions were actually transported and transmitted using a means

and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2251(e), 2 and 3551 et seq.)

## COUNT TWO
(Access with Intent to View Child Pornography)

2. In or about and between March 2024 and April 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DEWITT JOHN did knowingly and intentionally access with intent to view matter which contained one or more visual depictions, to wit: digital videos and images accessed using (a) Instagram account @spongebobdoodlepants23 and (b) Apple account @shane-matt@hotmail.com, that had been mailed, and had been shipped and transported using one or more means and facilities of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions having been of such conduct.

(Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendant that, upon his conviction o any of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253(a), which requires the forfeiture of: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape or other matter which

contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real or personal, constituting, or traceable to, gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to:

(a) one Apple iPhone XS bearing serial number G0NZ720EKPFR seized by law enforcement on or about November 19, 2024, in Brooklyn, New York;

(b) one Apple iPhone 13 bearing serial number P954G6WWJ6 seized by law enforcement on or about November 19, 2024, in Brooklyn, New York;

(c) one white TUF Gaming desktop computer bearing serial number W38Q0110002733 seized by law enforcement on or about November 19, 2024, in Brooklyn, New York;

(d) one white unbranded desktop computer bearing serial number 29217P00700498 seized by law enforcement on or about November 19, 2024, in Brooklyn, New York;

(e) one Apple iPhone XS bearing serial number G0NCP7S6KPFP seized by law enforcement on or about November 19, 2024, in Brooklyn, New York;

(f) one Lenovo Legion 5 Pro laptop bearing serial number 6C84107B841049CA seized by law enforcement on or about November 19, 2024, in Brooklyn, New York;

(g) one NVMe solid-state drive bearing serial number SS0W76181Z1CD06B141T seized by law enforcement on or about November 19, 2024, in Brooklyn, New York;

(h)     one gray unbranded desktop computer bearing serial number AA000000000000003237 seized by law enforcement on or about November 19, 2024, in Brooklyn, New York;

(i)     one black Western Digital gaming hard drive bearing serial number WCC6N1XDRV8J seized by law enforcement on or about December 5, 2024, in Manhattan, New York;

(j)     one black unbranded external hard drive with "git clone" label bearing serial number 2CH4RSKN seized by law enforcement on or about December 11, 2024, in Manhattan, New York;

(k)     one black hard drive with "Model ECUK30" barcode bearing partial serial number 603694272083l2 seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(l)     one black hard drive with "Model ECUK30" barcode bearing partial serial number 6089027201l1 seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(m)     one black Seagate Backup Plus Portable Drive bearing serial number NA5AR07G seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(n)     one silver SK hynix solid-state drive bearing serial number FJ03N94031010514U seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(o)     one black Kingston hard drive bearing serial number SBFKB1D1 seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(p)     one black unbranded hard drive bearing serial number E101559 seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(q)     two unbranded slim hard drives with blue stripes and no serial numbers seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(r)     one silver SK hynix solid-state drive bearing serial number NN05N504810305G0E seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(s)     one black SATA solid-state drive bearing model number ASU800SS seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(t)     one silver Western Digital hard drive with label "Jen BK" bearing serial number WX61A75FRFJL seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(u)     one V-NAND solid-state drive bearing serial number S3PZNF0JB73110D seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(v)     one black Crucial by Micron solid-state drive bearing serial number 2209E611E0AD seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(w)     one Toshiba hard drive bearing serial number 674TK1TAS U53 seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(x)     one silver Western Digital hard drive bearing serial number WCC6N6LNL2AA seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(y)      one silver unbranded hard drive bearing part number 0F14681 seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(z)      one black Western Digital hard drive bearing serial number AW001KD seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(aa)      one Western Digital hard drive bearing serial number WX41C32P5065 seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(bb)      one SanDisk solid-state drive bearing serial number 174774801462 seized by law enforcement on or about January 28, 2025, in Brooklyn, New York;

(cc)      one Android OnePlus 8 bearing serial number E19A49F6 seized by law enforcement on or about January 30, 2025, in Brooklyn, New York;

(dd)      one black Google Pixel bearing serial number HT69L0204998 seized by law enforcement on or about January 30, 2025, in Brooklyn, New York;

(ee)      one black Samsung Galaxy J8 bearing serial number RZ8M114RA6T seized by law enforcement on or about January 30, 2025, in Brooklyn, New York;

(ff)      one black iPad Pro 11 Inch bearing serial number DMPCJ1ZCPV15 seized by law enforcement on or about January 30, 2025, in Brooklyn, New York;

(gg)      one silver iPad Pro 11 inch bearing serial number DMPY30U6KD6M seized by law enforcement on or about January 30, 2025, in Brooklyn, New York; and

(hh)     one red SIM card seized by law enforcement on or about January 30, 2025, in Brooklyn, New York.

4.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 2253(a) and 2253(b); Title 21, United States Code, Section 853(p))

A TRUE BILL

/s/
_____
FOREPERSON

*By David Pitluck, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK